Tyrone HURT, Appellant

v.

UNITED STATES MARSHALS SER-
VICE, U.S. District Court for the
District of Columbia, Appellee.

No. 06–5309.

United States Court of Appeals,
District of Columbia Circuit.

Dec. 22, 2006.

Tyrone Hurt, Washington, DC, pro se.

R. Craig Lawrence, Assistant U.S. At-
torney, U.S. Attorney's Office, Washing-
ton, DC, for Defendant–Appellee.

BEFORE: GINSBURG, Chief Judge,
and RANDOLPH and GARLAND, Circuit
Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia and on the
brief filed by appellant. It is

ORDERED AND ADJUDGED that the
district court's order filed September 15,
2006 be affirmed. Sovereign immunity
bars suits, such as appellant's, for money
damages against an agency of the Federal
Government. See *Clark v. Library of
Congress*, 750 F.2d 89, 102–04 (D.C.Cir.
1984). Although the Federal Tort Claims
Act constitutes a limited waiver of the
United States' sovereign immunity, the
district court correctly held that appellant
failed to meet the jurisdictional prerequi-
site of filing an administrative complaint
with the appropriate agency before filing
suit in the district court. See 28 U.S.C.
§ 2675(a) (action may not be brought
against the United States pursuant to the
Federal Tort Claims Act unless the claim-
ant has first presented his claim to the
appropriate federal agency and the claim
has been denied by the agency); *GAF
Corp. v. United States*, 818 F.2d 901, 917–
18 (D.C.Cir.1987).

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or petition for rehearing en banc.
See Fed. R.App. P. 41(b); D.C.Cir. Rule
41.